```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
SAM SAMAAN,                         :
                                    :
                Plaintiff,          :
                                    :       18 Civ. 9221(VM)
        -against-                   :          ORDER
                                    :
CITY OF NEW YORK, et al.,           :
                                    :
                Defendants.         :
-----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

By letter dated March 27, 2020, plaintiff Sam Samaan submitted a status report setting forth his view regarding further litigation in this case. (See Dkt. No. 29.) Defendants are hereby ordered to respond to plaintiff's letter by letter not to exceed three pages within seven days of this Order.

**SO ORDERED:**

Dated:   New York, New York
         30 April 2020

*/s/ Victor Marrero*
Victor Marrero
U.S.D.J.