```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
SAM SAMAAN,                        :
                                   :
              Plaintiff,           :
                                   :         18 Civ. 9221(VM)
         -against-                 :            ORDER
                                   :
CITY OF NEW YORK, et al.,          :
                                   :
              Defendants.          :
----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

By letter dated May 7, 2020, defendants in the above-captioned action submitted a status report setting forth their view regarding further litigation in this case. (See Dkt. No. 31.) Plaintiff is hereby ordered to respond to defendants' letter by letter not to exceed three pages by May 12, 2020.

**SO ORDERED:**

Dated:   New York, New York
         8 May 2020

_Victor Marrero_
Victor Marrero
U.S.D.J.