USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2020

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
SAM SAMAAN,                         :
                                    :
                     Petitioner,    :    18 Civ. 9221 (VM)
                                    :
     - against -                    :    ORDER
                                    :
CITY OF NEW YORK, et al.,           :
                                    :
                     Respondents.   :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that the conference previously scheduled for December 4, 2020 at 2 p.m. is canceled.

**SO ORDERED.**

Dated:    New York, New York
          3 December 2020

_____
Victor Marrero
U.S.D.J.