```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
SAM SAMAAN,                         :
                                    :
                Petitioner,         :    18 Civ. 9221 (VM)
                                    :
    - against -                     :    ORDER
                                    :
CITY OF NEW YORK, et al.,           :
                                    :
                Respondents.        :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

A case management conference in this matter was previously scheduled for July 16, 2021. (Dkt. No. 47.) Subsequently, the parties received an extension of time to complete discovery until August 27, 2021. (Dkt. No. 49.)

Accordingly, the July 16, 2021 conference is hereby adjourned until September 10, 2021 at 2:30 p.m.

**SO ORDERED.**

Dated:   New York, New York
         1 July 2021

*Victor Marrero*
U.S.D.J.