```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/21
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------X
SAM SAMAAN,                               :
                                          :
                Plaintiff,                :    **18 Civ. 9221 (VM)**
        -against-                         :
                                          :    **ORDER**
CITY OF NEW YORK, et al.                  :
                                          :
                Defendant.                :
                                          :
------------------------------------------X

**VICTOR MARRERO**, United States District Judge.

A case management conference in this matter was previously scheduled for September 10, 2021. (Dkt. No. 50.) The parties received an extension of time to complete discovery until September 27, 2021. (Dkt. No. 52.)

Accordingly, the September 10, 2021, conference is hereby adjourned until October 15, 2021 at 2:30 p.m.

**SO ORDERED.**

Dated:   New York, New York
         September 9, 2021

                                        _____
                                                Victor Marrero
                                                   U.S.D.J.