

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/13/2021

**GEORGIA M. PESTANA**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Nicholas Green**
Labor and Employment Law Division
Phone:  (212) 356-2445
Fax:  (212) 356-2439
Email: amildner@law.nyc.gov

October 12, 2021

**BY ECF**
Honorable Victor Marrero
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re: <u>Samaan v. The City of New York et al.</u>
        Civil Action No. 18 Civ. 9221 (VM)(DCF)
        Law Dept. No.: 2018-069995

Dear Judge Marrero:

    I am an Assistant Corporation Counsel in the Office of Georgia M. Pestana, Corporation Counsel of the City of New York, attorney for Defendants City of New York, Robert D'Allessio, Geoffrey Eisele, Matthew Millner, and Leonid Miller (collectively "Defendants") in the above-referenced action.  Defendants submit this letter in accordance with this Court's Rule 1(F) to request an adjournment of the conference currently scheduled in this matter for October 15, 2021.  This is Defendants' first request for an adjournment of this date and Plaintiff has consented to this request.

    This adjournment is necessary as counsel for Defendants is appearing at a hearing before the State Division of Human Rights on that date.  Accordingly, Defendants respectfully request that this conference be rescheduled to a later date convenient for the Court.

The status conference in the above-referenced matter is rescheduled to November 5, 2021, at 2:30 PM.

**SO ORDERED.**

October 13, 2021

Victor Marrero
U.S.D.J.

Respectfully Submitted,

/s/

Nicholas Green
Assistant Corporation Counsel