

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __10/25/2021__

**GEORGIA M. PESTANA**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

Nicholas Green
Labor and Employment Law Division
Phone: (212) 356-2445
Fax: (212) 356-2439
Email: amildner@law.nyc.gov

October 22, 2021

**BY ECF**
Honorable Victor Marrero
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   Samaan v. The City of New York et al.
             Civil Action No. 18 Civ. 9221 (VM)(DCF)
             Law Dept. No.: 2018-069995

Dear Judge Marrero:

      I am an Assistant Corporation Counsel in the Office of Georgia M. Pestana, Corporation Counsel of the City of New York, attorney for Defendants City of New York, Robert D'Allessio, Geoffrey Eisele, Matthew Millner, and Leonid Miller (collectively "Defendants") in the above-referenced action. Defendants submit this letter in accordance with this Court's Rule 1(F) to request an extension of time for Defendants to submit a pre-motion letter prior to moving for summary judgment from October 27, 2021 to November 5, 2021. This is Defendants' first request for an extension of time and Plaintiff has no objection to this request.

      This adjournment is necessary as Plaintiff has not yet received transcripts of Defendants' depositions. These transcripts are necessary in order to properly place before the Court those issues to be addressed in Defendants' anticipated motion. Accordingly, Defendants respectfully request a two week extension of time to submit a pre-motion letter.

      Thank you for your consideration of this request.

Request GRANTED. The deadline for Defendants to submit a premotion letter prior to moving for summary judgment is extended to November 5, 2021.

**SO ORDERED.**
October 25, 2021

*/s/ Victor Marrero*
U.S.D.J.

Respectfully Submitted,

/s/

Nicholas Green
Assistant Corporation Counsel

cc: **By ECF**
Anthony C. Ofodile, Esq.
*Attorney for Plaintiff*
498 Atlantic Avenue
Brooklyn, New York 11217