

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/2021
```

**GEORGIA M. PESTANA**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Nicholas Green**
Labor and Employment Law Division
Phone: (212) 356-2445
Fax: (212) 356-2439
Email: amildner@law.nyc.gov

November 3, 2021

**BY ECF**
Honorable Victor Marrero
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   <u>Samaan v. The City of New York et al.</u>
              Civil Action No. 18 Civ. 9221 (VM)(DCF)
              Law Dept. No.: 2018-069995

Dear Judge Marrero:

      I am an Assistant Corporation Counsel in the Office of Georgia M. Pestana, Corporation Counsel of the City of New York, attorney for Defendants City of New York, Robert D'Allessio, Geoffrey Eisele, Matthew Millner, and Leonid Miller (collectively "Defendants") in the above-referenced action. Defendants submit this letter in accordance with this Court's Rule 1(F) to request an extension of time for Defendants to submit a pre-motion letter prior to moving for summary judgment from November 5, 2021 to November 12, 2021. This is Defendants' second request for an extension of time and Plaintiff has consented to this request.

      This brief adjournment is necessary as Defendants have just received deposition transcripts from Plaintiff as of this afternoon. Defendants require additional time in order to review these transcripts and incorporate them into their pre-motion letter. This will allow Defendants to properly place before the Court the issues to be addressed in Defendants' anticipated motion. Accordingly, Defendants respectfully request a one week extension of time to submit a pre-motion letter.

      Thank you for your consideration of this request.

                                            Respectfully Submitted,

                                                   /s/

2

        Nicholas Green
        Assistant Corporation Counsel

cc: **By ECF**
Anthony C. Ofodile, Esq.
*Attorney for Plaintiff*
498 Atlantic Avenue
Brooklyn, New York 11217

---

The deadline for Defendants to file a pre-motion letter prior to moving for summary judgment, in accordance with the Court's Individual Rules, is extended to November 12, 2021.

Additionally, the case management conference currently scheduled for November 5, 2021, is hereby rescheduled to January 28, 2022, at 12:00 p.m.

**SO ORDERED.**

November 4, 2021

                        Victor Marrero
                        U.S.D.J.