| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| SAM SAMAAN,<br>　　　　　　Plaintiff,<br>　　-against-<br>CITY OF NEW YORK, et al.,<br>　　　　　　Defendant. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 1/12/22<br><br>**18 Civ. 9221 (VM)**<br><br><u>ORDER</u> |

**VICTOR MARRERO**, United States District Judge.

In accordance with Section II(A) of the Court's Individual Practices, Defendants filed a pre-motion letter on November 19, 2021, requesting a conference prior to moving for summary judgment and setting for their basis for a motion for summary judgment. (Dkt. No. 64.) Section II(A) states that pre-motion letters must not exceed three pages single-spaced, and a party opposing a motion must respond to a moving party's letter within two business days. After the Court directed him to, Plaintiff filed a six-page letter on January 11, 2022, responding to Defendants' November 19 letter. (Dkt. Nos. 65-66.) Plaintiff is directed to refile a letter by January 13, 2022, that complies with the formatting requirements and the page-limit in the Court's Individual Practices.

**SO ORDERED.**

Dated:　New York, New York
　　　　January 12, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Victor Marrero
　　　　　　　　　　　　　　　　　　　　　　　　　U.S.D.J.