```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/22
```

```
SAM SAMAAN,

                    Plaintiff,

     - against -

THE CITY OF NEW YORK, ROBERT
D'ALLESSIO, JAMES CORRAL, GEOFFREY
EISELE, MATHEW MILLNER, and LEONID
MILLER,

                    Defendants.
```

**18 Civ. 9221 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

The telephonic case management conference scheduled in this action for January 28, 2021, is hereby rescheduled to April 15, 2022, at 12:00 p.m.

**SO ORDERED.**

Dated:   January 26, 2022
         New York, New York

_____
Victor Marrero
U.S.D.J.

1