```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/13/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SAM SAMAAN,

                Plaintiff,

- against -

THE CITY OF NEW YORK, ROBERT D'ALLESSIO, JAMES CORRAL, GEOFFREY EISELE, MATHEW MILLNER, and LEONID MILLER,

                Defendants.

**18 Civ. 9221 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    The case management conference scheduled in this action for April 15, 2022, is hereby adjourned to August 26, 2022, at 9:30 a.m.

**SO ORDERED.**

Dated:    April 13, 2022
            New York, New York

                                                  Victor Marrero
                                                    U.S.D.J.