```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| SAM SAMAAN,<br><br>                    Plaintiff,<br><br>      - against -<br><br>THE CITY OF NEW YORK, ROBERT D'ALLESSIO,<br>JAMES CORRAL, GEOFFREY EISELE, MATHEW<br>MILLNER, and LEONID MILLER,<br><br>                    Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 8/18/22<br><br>**18 Civ. 9221 (VM)**<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

In light of the parties' pending submissions on the defendants' motion for summary judgment, the status conference scheduled for August 26, 2022, is cancelled. The conference may be rescheduled after the Court's ruling on summary judgment.

**SO ORDERED.**

Dated:    August 18, 2022
          New York, New York

                                    _____
                                         Victor Marrero
                                            U.S.D.J.

1