**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SAM SAMAAN,

                      Plaintiff,

      -against-                                      18 **CIVIL** 9221 (VM)

                                                          **<u>JUDGMENT</u>**

THE CITY OF NEW YORK, ROBERT
D'ALLESSIO, JAMES CORRAL, GEOFFREY
EISELE, MATTHEW MILLNER, and LEONID
MILLER,

                      Defendants.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated March 14, 2023, defendant Jeff Corral is dismissed from the case with prejudice pursuant to Federal Rule of Civil Procedure 4(m). The motion for summary judgment of defendants the City of New York, Robert D'Alessio, Geoffrey Eisele, Leonid Miller, and Matthew Millner is granted; accordingly, the case is closed.

**Dated:**  New York, New York

       March 14, 2023

                                                            **RUBY J. KRAJICK**

                                                             **Clerk of Court**

                           **BY:**     *K. Mango*

                                                              **Deputy Clerk**